TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
      Program Litigation 1
      Social Security Administration | Law & Policy
      6401 Security Boulevard
      Baltimore, MD 21235
      Telephone: 510-970-4842
      Tina.naicker@ssa.gov
      Attorneys for Defendant

JS6

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| DEBORAH MARIE IMMEL,<br><br>          Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br><br>Commissioner of Social Security,<br><br>          Defendant. | No. 5:25-cv-02078-MAR<br><br>JUDGMENT OF REMAND |

IT IS ORDERED AND ADJUDGED that this case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings pursuant to this Court's ORDER of remand, issued on February 19, 2026.

DATED: ___3/5/26___           _____

HONORABLE MARGO A. ROCCONI

UNITED STATES MAGISTRATE JUDGE

2